ADELE MIRGI BEVILAQUA, an Infant, etc., Respondent, v. ANTONIO GRANIERO and Another, Appellants.— Appeal dismissed unless appellants shall file and serve printed records and briefs by December tenth and shall be ready to argue the

appeal at the opening of the January term. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.